**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 25 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-55617 |
| Plaintiff - Appellee, | D.C. Nos. 3:14-cv-00067-AJB |
| v. | 3:12-cr-02268-AJB |
| MIGUEL MENCHACA-HERNANDEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Anthony J. Battaglia, District Judge, Presiding

Submitted November 21, 2014[**]
Pasadena, California

Before: SCHROEDER, PREGERSON, and NGUYEN, Circuit Judges.

Miguel Menchaca-Hernandez challenges only the length of sentence

imposed following his guilty-plea conviction for illegal reentry after removal, in

violation of 8 U.S.C. § 1326. Because Menchaca-Hernandez has been released

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

from custody and is not subject to an additional term of supervised release, we dismiss the appeal as moot. *See United States v. Verdin*, 243 F.3d 1174, 1178 (9th Cir. 2001); *United States v. Palomba*, 182 F.3d 1121, 1123 (9th Cir. 1999).

**DISMISSED.**